# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0168

VERSUS

JOHN KEY THOMAS

**MAY 4, 2026**

---

In Re: John Key Thomas, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 3284-F-2019.

---

**BEFORE: MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.**

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT